

# NUMBER 13-14-00024-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE JAMES D. NELSON, DOUGLAS C. MCKEE, AND ROBERT C. BROOKS

## On Petition for Writ of Mandamus.

# ORDER

### Before Justices Rodriguez, Garza, and Perkes
### Per Curiam Order

Relators, James D. Nelson, Douglas C. McKee, and Robert C. Brooks, filed a petition for writ of mandamus in the above cause on January 14, 2014, requesting that we direct the trial court to issue rulings on the pending motions for summary judgment. The Court requests that the real party in interest, Los Campeones, Inc. d/b/a Valley International Country Club, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order.  *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
16th day of January, 2014.